IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-CV-1558

| | |
|---|---|
| IN RE AIR CRASH AT CHARLOTTE INTERNATIONAL AIRPORT ) ) ) | |
| MDL NO.: 1558 ) CASE NO.: 3:03-CV-1558 ) ) | **ORDER** |
| THIS RELATES TO SHEPHERD ) 3:04-CV-160 ) ) | |

**THIS MATTER** comes before the Court upon a settlement agreement. The parties have entered into a settlement, which this Court approved after a thorough examination of all settlement documents. Therefore, pursuant to the agreement, this case is dismissed with prejudice against all defendants. The Court, however, will reserve jurisdiction to resolve any additional issues regarding the distribution of attorneys fees.

**IT IS, THEREFORE, ORDERED** that this case is **DISMISSED WITH PREJUDICE** against all defendants.

**IT IS FURTHER ORDERED** that the Court will reserve jurisdiction to resolve issues regarding the distribution of attorneys fees.

**Signed: May 16, 2005**

Graham C. Mullen
Chief United States District Judge