# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# MDL DOCKET NO. 3:03CV1558
# Related Case: 3:04cv160

| | |
|---|---|
| IN RE AIR CRASH AT CHARLOTTE INTERNATIONAL AIRPORT ON JANUARY 8, 2003 | ) ) ) ) |
| DOUGLAS LYNN SHEPHERD, as personal representative of the Estate of Christina Shepherd, deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MESA AIR GROUP, INC.; AIR MIDWEST, INC.; US AIRWAYS GROUP, INC.; US AIRWAYS, INC.; L-3 COMMUNICATIONS AEROTECH, L.L.C. f/k/a VERTEX AEROSPACE, LLC f/k/a RAYTHEON AEROSPACE, LLC; STRUCTURAL MODIFICATION and REPAIR TECHNICIANS, INC.; PIEDMONT AIRLINES, INC.; RAYTHEON COMPANY and RAYTHEON AIRCRAFT COMPANY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion for Permission to File Documents Under Seal, filed May 31, 2005. For good cause shown the Court will <u>grant</u> Plaintiff's Motion for Permission to File Documents Under Seal. Therefore, the following documents are to be filed **"UNDER SEAL"** and not be entered into the case docket or scanned by the Court Clerk:

    1) Reply by Plaintiff to Response of Mclario to Motion for Order to Approve Settlement [UNDER SEAL];

2) Declaration of Anthony R. Faiia [Under Seal]

3) Declaration of Harry Cibak [Under Seal]

4) Supplemental Declaration of Tereasa Shepherd [Under Seal]

5) Declaration of Douglas Shepherd [Under Seal]

6) Declaration of Ronald L.M. Goldman [Under Seal]

7) Declaration of J. Clark Aristei [Under Seal]

8) Declaration of John A. Greaves [Under Seal]

9) Declaration of Paul J. Hedlund [Under Seal]

10) Declaration of Carla Seidel [Under Seal]

**SO ORDERED.**

**Signed: June 21, 2005**

Graham C. Mullen
Chief United States District Judge