UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE AIR CRASH AT CHARLOTTE INTERNATIONAL AIRPORT ON JANUARY 8, 2003 | MDL NO.: 1558<br>CASE NO. 3:03CV1558<br><br>THIS RELATES TO:<br>SHEPHERD 3: 04-CV-160 |

## ORDER GRANTING PERMISSION TO FILE DOCUMENT UNDER SEAL

Good cause appearing therefor:

IT IS ORDERED that the following documents be filed "UNDER SEAL" and not be entered into the case docket or scanned by the Court Clerk:

- Reply by Plaintiff to Response of McIario to Motion For Order to Approve Settlement [Under Seal]
- Declaration of Anthony R. Faiia [Under Seal]
- Declaration of Harry Cibak [Under Seal]
- Supplemental Declaration of Tereasa Shepherd [Under Seal]
- Declaration of Douglas Shepherd [Under Seal]
- Declaration of Ronald L.M. Goldman [Under Seal]
- Declaration of J. Clark Aristei [Under Seal]
- Declaration of John A. Greaves [Under Seal]
- Declaration of Paul J. Hedlund [Under Seal]
- Declaration of Carla Seidel [Under Seal]

Dated: 7 June 05

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE

1