IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MDL DOCKET NO. 3:03CV1558
Related Case: 3:04cv160

| | |
|---|---|
| IN RE AIR CRASH AT CHARLOTTE INTERNATIONAL AIRPORT ON JANUARY 8, 2003 | ) ) ) ) ) |
| DOUGLAS LYNN SHEPHERD, as personal representative of the Estate of Christina Shepherd, deceased, | ) ) ) ) ORDER |
| Plaintiff, | ) ) |
| v. | ) ) |
| MESA AIR GROUP, INC.; AIR MIDWEST, INC.; US AIRWAYS GROUP, INC.; US AIRWAYS, INC.; L-3 COMMUNICATIONS AEROTECH, L.L.C. f/k/a VERTEX AEROSPACE, LLC f/k/a RAYTHEON AEROSPACE, LLC; STRUCTURAL MODIFICATION and REPAIR TECHNICIANS, INC.; PIEDMONT AIRLINES, INC.; RAYTHEON COMPANY and RAYTHEON AIRCRAFT COMPANY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Defendant Raytheon Aircraft Company's

"Motion for Summary Judgment Based on North Carolina Statute of Repose" and

"Memorandum in Support of Defendant Raytheon Aircraft Company's Motion for Summary

Judgment Based on North Carolina Statute of Repose," both filed April 21, 2005. On May 16,

2005, this Court entered an Order dismissing the above-referenced case with prejudice against all

Defendants, but retaining jurisdiction to resolve any additional issues regarding the distribution

of attorneys' fees. In light of the Court dismissing this matter against all Defendants, Defendant

Raytheon Aircraft Company's Motion for Summary Judgment is moot.

**IT IS THEREFORE ORDERED** that Defendant Raytheon Aircraft Company's Motion for Summary Judgment is hereby **DENIED AS MOOT.**

**Signed: July 7, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge